EX PARTE GEORGE L WILLIAMS JR
NOS. W 49,062-03/ W 49062-04        49,062-03,04,05

MATTER: LETTER OF INQUIRY

Could You Please GIVE Some RELIEF INFORMATION ON MY WRIT OF MANDAMUS FILED, RECEIVED AND PRESENTED TO THE COURT OF CRIMINAL APPEALS ON 9/2/2015. WHAT IS MY CURRENT STATUS. ALSO ITS TO MY UNDERSTANDING THROUGH TWO LEGAL DOCUMENTS THAT YOUR OFFICE HAS FORWARD TO DALLAS COUNTY 291st COURT ROOM TO COMPLY WITH AN ORDER IMPOSED, See EXHIBIT A/B.

YET DALLAS COUNTY 291st COURT ROOM HAS IGNORED BOTH WRITTEN ORDERS AND HAS NOT FILED AN EXTENTION FROM YOUR COURT, NOR HAS SUBMITTED ANY DOCUMENTATION. IT APPEARS THAT DALLAS COUNTY 291st COURT ROOM HAS EXHAUSTED 225 DAYS IN DEFAULT AND IS INTENTIONALLY OBSTRUCTING JUSTICE AND DISPLAYING A TOTAL DISRESPECT OF HIGHER AUTHORITY.

I HUMBLY ASK THE COURT OF CRIMINAL APPEAL TO ENFORCE YOUR ORDER.

THANK YOU, GEORGE WILLIAMS
#1745723
DATE. 12-21-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2015

Abel Acosta, Clerk

EXHIBT A



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-49,062-03; WR-49,062-04

## EX PARTE GEORGE L. WILLIAMS, Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
## CAUSE NOS. W08-62218-U(A); W10-00781-U(A)
## IN THE 291ST DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young,* 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of compelling prostitution of a child less than 17 years of age in two cause numbers and sentenced to imprisonment for life in one cause and twenty years' imprisonment in the other cause. The Fifth Court of Appeals affirmed his convictions. *Williams v. State,* 05-11-01729-CR; 05-12-00007-CR (Tex. App.—Dallas Aug. 2, 2013, *pet. ref'd*)(not designated for publication).



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

November 10, 2015

Presiding Judge 291st District Court
133 N. Riverfront Boulevard
Lock Box 34
Dallas, TX 75207
* DELIVERED VIA E-MAIL *

**Re: WILLIAMS, GEORGE**
**CCA No. WR-49,062-03**
**Trial Court Case No. W08-62218-U (A)**

Dear Judge:

This cause was remanded to your court on April 29, 2015, for determination of additional facts. A copy of the remand order is available on our website under the above- referenced writ number. The remand order required that a supplemental record including the findings of fact or a motion for extension of time be received by this Court by August 27, 2015.

To date neither has been received.

Please have your clerk immediately forward to this Court the supplemental records in this cause.

Sincerely,

Abel Acosta, Clerk

cc:   District Attorney Dallas County (DELIVERED VIA E-MAIL)
District Clerk Dallas County (DELIVERED VIA E-MAIL)
George Williams